450 A.2d 193

Commonwealth v. Clark a/k/a Brown, Appellant.

Submitted November 9, 1981. David G. Metinko, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before BECK, JOHNSON and POPOVICH, JJ.

The judgments of sentence are affirmed.